IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED
SEP 19 2013
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

ESTHER M. YATES, )
    Plaintiff, )
                          )
    v. )   Civil Action No. 1:12cv1494
                          )
COMPUTER SCIENCES CORPORATION, )
    Defendant. )

## ORDER

The matter came before the Court for a final pretrial conference.

For the reasons stated from the Bench, and for good cause,

It is hereby **ORDERED** that the parties are **DIRECTED** to comply with the following schedule:

    1.    Defendant's forecasted motion for summary judgment must be filed by 5:00 p.m., Thursday, September 26, 2013, with the filing of responses and replies thereto to be governed by the Local Rules;

    2.    Oral argument on defendant's motion for summary judgment is **SCHEDULED** for 10:00 a.m., Friday, October 25, 2013; and

    3.    A prompt trial date, if necessary, will be scheduled following disposition of defendant's motion for summary judgment.

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
September 19, 2013

/s/
T. S. Ellis, III
United States District Judge