UNITED STATES DISTRICT COURT FOR THE EASTERN OF VIRGINIA

| | |
|---|---|
| ESTHER M. YATES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civil Action: 1:12-cv-1494-TSE-IDD |
| | ) |
| COMPUTER SCIENCES CORPORATION, | ) |
| | ) |
|     Defendants. | ) |

## MOTION TO WITHDRAW AS COUNSEL

Sharon Fast Gustafson, one of the attorneys of record for Plaintiff Esther M. Yates, respectfully requests the entry of an Order granting her leave to withdraw from representation pursuant to Local Civil Rule 83.1 (G). Plaintiff and her remaining counsel consent to this motion.

The grounds for this Motion are set forth in the accompanying memorandum.

With this motion counsel is filing a notice of waiver of hearing.

                                Respectfully submitted,

                                /s/
                              Sharon Fast Gustafson,
                              Attorney at Law, PLC
                              Virginia Bar No. 32880
                              4041 North 21st Street
                              Arlington, Virginia 22207-3040
                              (703) 527-0147 telephone
                              (703) 527-0582 telefacsimile
                              sharon.fast.gustafson@gmail.com

                              *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2014, I electronically filed the "Motion to Withdraw," the Memorandum in Support Thereof, and the Notice of Waiver of Oral Argument relating to that motion with the Clerk of Court using the CM/ECF system, which then sent a notification of such filing (NEF) to the following:

Thomas J. Woodford
Ala. Bar No. ASB-5567-F69T
Virginia Bar No. 30436
THE KULLMAN FIRM
1100 Riverview Plaza
63 South Royal Street
Mobile, AL 36602
Tjw@kullmanlaw.com

F. Daniel Wood Jr.
Ala. Bar No. ASB-6822-D65F
THE KULLMAN FIRM
600 University Park Pl., Suite 340
Birmingham, AL 35209
Fdw@kullmanlaw.com

Samuel Zurik III
Louisiana Bar No. 24716
THE KULLMAN FIRM
1100 Poydras Street, Suite 1600
New Orleans, LA 70163
Sz@kullmanlaw.com

Monique A. Miles
Old Towne Associates, P.C.
Virginia Bar No. 78828
2121 Eisenhower Ave., Suite 200
Alexandria, Virginia 22314
(703) 519-6810 telephone
(571) 243-1318 telephone
Mmiles@oldtowneassociates.com

　　　　　/s/
Sharon Fast Gustafson,
Attorney at Law, PLC
Virginia Bar No. 32880
4041 North 21st Street
Arlington, Virginia 22207-3040
(703) 527-0147 telephone
(703) 527-0582 telefacsimile
sharon.fast.gustafson@gmail.com

*Attorney for Plaintiff*