UNITED STATES DISTRICT COURT FOR THE EASTERN OF VIRGINIA

| | |
|---|---|
| ESTHER M. YATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action: 1:12-cv-1494-TSE-IDD |
| | ) |
| COMPUTER SCIENCES CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM IN SUPPORT OF
## MOTION TO WITHDRAW AS COUNSEL

Sharon Fast Gustafson, one of the attorneys of record for Plaintiff Esther M. Yates, respectfully requests the entry of an Order granting her leave to withdraw from representation pursuant to Local Civil Rule 83.1(G).

In January 2014 Plaintiff and her attorney Monique Miles proposed that Ms. Gustafson assist in the trial of this case, and Plaintiff retained Ms. Gustafson for that purpose. The trial has been completed. Plaintiff and Ms. Miles are undertaking post-trial activity that Ms. Gustafson was not retained to undertake. As is indicated in the attached Exhibit A, Plaintiff consents to Ms. Gustafson's withdrawal from the case. Ms. Miles continues to represent Plaintiff, and she also consents to this motion.

Local Civil Rule 83.1(G) permits an attorney to withdraw as counsel with leave of Court and notice to the party on whose behalf counsel has appeared. In this instance, withdrawal is appropriate. As is set forth above, the work that Ms. Gustafson undertook to do has been completed, and Plaintiff consents to the withdrawal.

1

Accordingly, the undersigned respectfully requests that an Order be entered permitting her to withdraw as attorney of record for the Plaintiff in this matter.

Respectfully submitted,

_____/s/_____
Sharon Fast Gustafson,
Attorney at Law, PLC
Virginia Bar No. 32880
4041 North 21st Street
Arlington, Virginia 22207-3040
(703) 527-0147 telephone
(703) 527-0582 telefacsimile
sharon.fast.gustafson@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2014, I electronically filed the "Motion to Withdraw," the Memorandum in Support Thereof, and the Notice of Waiver of Oral Argument relating to that motion with the Clerk of Court using the CM/ECF system, which then sent a notification of such filing (NEF) to the following:

| | |
|---|---|
| Thomas J. Woodford<br>Ala. Bar No. ASB-5567-F69T<br>Virginia Bar No. 30436<br>THE KULLMAN FIRM<br>1100 Riverview Plaza<br>63 South Royal Street<br>Mobile, AL 36602<br>Tjw@kullmanlaw.com<br><br>F. Daniel Wood Jr.<br>Ala. Bar No. ASB-6822-D65F<br>THE KULLMAN FIRM<br>600 University Park Pl., Suite 340<br>Birmingham, AL 35209<br>Fdw@kullmanlaw.com | Samuel Zurik III<br>Louisiana Bar No. 24716<br>THE KULLMAN FIRM<br>1100 Poydras Street, Suite 1600<br>New Orleans, LA 70163<br>Sz@kullmanlaw.com<br><br>Monique A. Miles<br>Old Towne Associates, P.C.<br>Virginia Bar No. 78828<br>2121 Eisenhower Ave., Suite 200<br>Alexandria, Virginia 22314<br>(703) 519-6810 telephone<br>(571) 243-1318 telephone<br>Mmiles@oldtowneassociates.com |

       /s/
Sharon Fast Gustafson,
Attorney at Law, PLC
Virginia Bar No. 32880
4041 North 21st Street
Arlington, Virginia 22207-3040
(703) 527-0147 telephone
(703) 527-0582 telefacsimile
sharon.fast.gustafson@gmail.com

*Attorney for Plaintiff*